# Star-Telegram

## Everyone profits off force-placed insurance, except homeowner

Posted Saturday, Oct. 01, 2011

**BY DAVE LIEBER**
watchdog@star-telegram.com

Her husband always handled their home mortgage payments, so when Beatrice Stevenson finally took a look at the papers, she was shocked to see that her homeowners insurance premium was more than double what it should have been.

Her husband had let the insurance lapse, so the loan-servicing company put what's called force-placed insurance on their home. She was paying close to $2,000 a year for insurance that should have cost her around $800.

"They were overcharging me," said the Lancaster woman, who estimates that she has overpaid $6,000 since 2005. "I'm a fighter. I may be in my 70s, but I will fight you as long as I can because I'm not afraid."

But this was too big, even for her. In the pantheon of modern-day mortgage abuses, force-placed insurance hasn't attracted much attention. But it generates hundreds of millions of dollars a year in fees and commissions for insurance companies, banks and other financial institutions.

Policies are sometimes backdated to cover periods that have already passed. In essence, critics say, high-priced insurance policies cover a time when no events happened.

And often, the mortgage company and the force-placed-insurance company are affiliated, with the mortgage company receiving a "service fee" in return for the business. But homeowners don't know that.

Critics call the arrangement a kickback.

Here's how it works: A homeowner struggles to pay his mortgage. Maybe he's in default and drops his house insurance to try to make ends meet. Or maybe the insurance company cancels his policy, perhaps claiming that it is empty.

The mortgage company or its loan-servicing company chooses an insurance company to insure its stake in the house, often at two or three times the cost of regular insurance.

But the policy provides significantly less coverage for the homeowner than the lower-cost policy had. The insurer and mortgage firm can profit; the homeowner pays.

Roland Tellis, a Los Angeles attorney for Baron & Budd, said force-placed premiums can cost as much as 10 percent of the home's value. "That's outrageous," he said.

Premiums are added to the outstanding balance of mortgage debt. Many homeowners don't know or understand what's going on.

"They get a letter in the mail, and the next thing you know, their mortgage goes up because of the high insurance premiums," Tellis said.

Often, this happens when a home is on the verge of foreclosure. "The next buyer or bank who buys that note ends up paying the outstanding indebtedness on it, which includes the inflated insurance premiums," he said.

No question that all homes should have insurance to protect the lender and owner, Tellis said. "The problem is, it's being placed with an affiliate who is not disclosed, on a policy that's inflated in price, and it's backdated. That's how they make their money."

Federal and state regulators are trying to figure out what to do. In July testimony before a U.S. House subcommittee, Birny Birnbaum, director of the Center for Economic Justice, said insurers wrote over $5.5 billion in force-placed-



PLAINTIFF'S
EXHIBIT
1
tabbies

insurance premiums last year. Insurers paid only 17 percent of collected premiums back in claims. That leaves more than $4 billion for associated costs, fees and profit.

"Incredibly, lenders get a commission -- totaling hundreds of millions of dollars -- out of these premiums, despite the fact that the insurance is placed to protect the lenders' collateral," Birnbaum testified.

The biggest move to curtail the problem is a 50-state settlement effort led by state attorneys general. Their targets are the five biggest mortgage lenders -- Bank of America, JPMorgan Chase, Wells Fargo, Citigroup and Ally Financial (previously GMAC).

The group intends to start with those major players "and then work down," said Geoff Greenwood, spokesman for Iowa Attorney General Tom Miller, who leads the settlement negotiations.

Texas is one of about a dozen states represented on the executive committee. A settlement, if reached, could be in the tens of billions of dollars with proceeds going to victims. But progress is slow.

Meanwhile, Stevenson, the self-described fighter, did what she said: She complained about her loan company, Ocwen Loan Servicing, to the Texas Insurance Department. But the department, like many state regulators, can't, under current law, stop the practice.

"So I settled," she explained wearily. "They know they can do us this way. They know we don't have the money to fight them."

Ocwen Executive Vice President Paul Koches said insurance companies, not loan companies such as Ocwen, increase the premiums. Homeowners are notified of their insurance lapse by mail, and they are expected to act responsibly. As soon as they get proper insurance, Ocwen drops the force-placed policy, he said.

This wasn't always the case. Seven years ago, Ocwen entered into an agreement with federal regulators in which it was forbidden from charging homeowners for force-placed insurance without giving them the chance to demonstrate that they had coverage. Ocwen was also ordered to provide better customer dispute resolution and was prohibited from charging certain fees.

But that doesn't help Stevenson, Koches said. "Generally, in cases where a husband or wife is not sharing information with the other spouse, obviously, we can't control that," he said. "It would appear that does happen."

The Watchdog column appears Fridays and Sundays.

Dave Lieber, 817-390-7043

Twitter @DaveLieber

Looking for comments?