IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DEBRA SIMPKINS, MARK BIDDISON,**
**And JAMES COCKES, individually and**
**on behalf of all others similarly situated**

**Plaintiffs,**

v.

**WELLS FARGO BANK, N.A.,**
**WELLS FARGO INSURANCE CO.,**             No.  12-cv-768-DRH-PMF
**ASSURANT, INC., STANDARD GUARANTY**
**INSURANCE CO., and AMERICAN**
**SECURITY INSURANCE COMPANY,**

**Defendants.**

## ORDER

This cause comes before the Court pursuant to a Stipulation for Dismissal (Doc. 273) filed by the parties under FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).  Although plaintiffs' complaint alleged claims on behalf of both nationwide and state-specific classes of plaintiffs, the Court failed to certify any class in this case.[1]  Accordingly, it is hereby **ORDERED** that all individual claims and allegations brought by Debra Simpkins and Mark Biddison against defendants Wells Fargo Bank, N.A., Wells Fargo Insurance, Inc., Assurant, Inc., Standard Guaranty Insurance Company, American Security Insurance, or any

---

[1] Having not certified a class of plaintiffs in this action under FED. R. CIV. P. 23(b)(3), the parties need not seek the Court's approval of their settlement, voluntary dismissal, or compromise.  *See* FED. R. CIV. P. 23(e).

combination thereof, are hereby **DISMISSED WITH PREJUDICE** and **WITHOUT COSTS**. The claims of any putative class members are hereby **DISMISSED WITHOUT PREJUDICE**. The claims and allegations of Plaintiff James Cockes remain. Therefore, the Clerk of the Court is **DIRECTED** to enter judgment at the close of this case.

    **IT IS SO ORDERED.**

Signed this 11th day of May, 2015.

Digitally signed by David R. Herndon
Date: 2015.05.11 14:29:17 -05'00'

**United States District Judge**