## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ILLINOIS

**DEBRA SIMPKINS, et al,**

    **Plaintiffs,**

**v.**

**WELLS FARGO BANK, N.A., et al,**

    **Defendant.**                        **No. 12-cv-768-DRH**

### JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**    This matter is before the court on the Stipulations of Dismissal executed by the plaintiffs and the defendants.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order Dismissing Case (Doc. 282), entered on September 30, 2015, the individual claims by James Cockes, Debra Simpkins and Mark Biddison are **DISMISSED with prejudice.** The claims of any putative class members are **DISMISSED without prejudice.**

                                           **JUSTINE FLANAGAN,**
                                         **ACTING CLERK OF COURT**

                                         **BY:_____/s/*Caitlin Fischer*_____**
                                             **Deputy Clerk**

Dated:   September 30, 2015

Digitally signed by
David R. Herndon
Date: 2015.09.30
11:38:04 -05'00'

APPROVED:
      U.S. DISTRICT JUDGE
      U. S. DISTRICT COURT